## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Sean Harris

                Plaintiff,

v.

Akorn, Inc., et al.

                Defendant.

Case No.: 1:17−cv−05021
Honorable Ronald A. Guzman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 17, 2017:

    MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' stipulation concerning plaintiff's voluntary dismissal [33], this case is dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1), and without costs to any party. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.